**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00275-CV**

_____

**LINDA IHNS D/B/A F.C. REALTY ADV. AND RONALD WELCH D/B/A F.C. REALTY ADV., Appellants**

**V.**

**BRIAN MILLER AND NICOLE MILLER, Appellees**

_____

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-02-01207 CV**

_____

### MEMORANDUM OPINION

The appellants, Linda Ihns d/b/a F.C. Realty Adv. and Ronald Welch d/b/a F.C. Realty Adv., filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

                                         _____

                                             DAVID GAULTNEY
                                                 Justice

Opinion Delivered November 1, 2012

Before Gaultney, Kreger, and Horton, JJ.